## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | No. 6-25CV-06066-SOH |
| ) | |
| **OPTUM RX,** ) | |
|     **Defendant** ) | |

## COMPLAINT

Plaintiff, the United States of America, by and through its attorney, Kelly W. McNulty, for the Western District of Arkansas, hereby sets forth its Complaint against Defendant, Optum Rx (hereinafter "Defendant") and states as follows:

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Department of Defense, DHA WRNMMC TPC Program, National Capitol Region Medical Directorate NCR-MD (hereinafter "DoD"). The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*)

3. Defendant, Optum Rx, is a business located in Hot Springs, Arkansas within the jurisdiction of this Court and may be served with service of process at P.O. Box 29044, Hot Springs, Arkansas 71903.

COUNT 1

4. On July 6, 2020 the DoD determined the debtor delinquent for a failure to pay a patient's bill in the amount of $15,165.26 with an annual interest rate of 1.00% and an annual penalty rate of 6.00%. This is for services rendered. DoD requested payment, however, did not receive a response.

5. On November 6, 2020 DoD referred the debt to Treasury for collection. Treasury then referred the debt to DOJ for litigation and collection.

6. On May 5, 2022, Treasury Debt Management Services referred the claim to the U.S. Department of Justice in the amount of $15,165.26 with a daily interest accrual of $0.83 and daily penalty of $2.49. The Certificate of Indebtedness is correct as of August 20, 2024 and includes any applicable interest, penalties, administrative fees and DMS & DOJ fees (pursuant to 31 U.S.C. § 3717(e) and 3711(g)(6), (7); 31 C.F.R 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. §527, note). See Exhibit "A" attached hereto and incorporated herein.

7. On November 9, 2020 Treasury sent a collection letter to Optum Rx in the amount of $20,259.16. See Exhibit "B" attached hereto and incorporated herein.

8. On May 10, 2022 DOJ sent a letter to Optum Rx advising debtor of intent to initiate legal action for a total amount due of $23,304.65. See Exhibit "C" attached hereto and incorporated herein.

9. A Claim Status Report detailing claim amounts for services Starting on December 26, 2019 and ending on December 26, 2019 for Patient showing a total balance due of 15,165.26. See Exhibit "D" attached hereto and incorporated herein.

Debt #1 – TRFM13788571

10. The debt owed to the United States of America is as follows:

|  |  |
|---|---|
| Principal: | $ 15,165.26 |
| Interest ( @ 2.00%): | $ 1,251.17 |
| Penalty ( @ 6.00%): | $ 3,754.52 |
| Administrative Costs: | $ 6,862.29 |
| **Total**: | **$ 27,033.24** |

11.  Demand has been made upon the Defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE**, the United States respectfully requests that this Court enter a judgment against the Defendant for TRFM13788571 in the amount of $27,033.24 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (A) (2); and for such other relief which the Court deems proper.

Respectfully submitted,

By: /s/ Kelly W. McNulty
Kelly W. McNulty (Ark. Bar # 2005141)
Schuerger Law Group
Private Counsel- U.S. Department of Justice
425 West Capitol Avenue, Suite 3800
Little Rock, AR 72201
(501) 376-3800
kmcnulty@schuergerlaw.com
efiling@schuergerlaw.com